■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE BEECH, Appellant. [863 NYS2d 386]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed October 11, 2006, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Miller, Balkin and Belen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAO WANG LIN, Appellant. [859 NYS2d 872]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 22, 1999 (*People v Chao Wang Lin,* 266 AD2d 467 [1999]), affirming a judgment of the Supreme Court, Queens County, rendered November 20, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Ritter, JJ., concur.